EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE  1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: mike.burke@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
 DEPT. OF VETERANS AFFAIRS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE ESTATE OF BERNABE K. SANTA MARIA, Deceased, by and through its Personal Representative, Edwin R. Santa Maria; EDWIN R. SANTA MARIA, Individually; CRESENCIA R. SANTA MARIA; and FRANCES McCANN;<br><br>        Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA and DEPARTMENT OF VETERANS AFFAIRS;<br><br>        Defendants. | CIVIL NO. 07-00043 HG BMK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER |

STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action as to defendant United States of

America be dismissed with prejudice, each party to bear its own costs.  There are no remaining claims or parties.

```
                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii

/s/ Randall L. K. M. Rosenberg           /s/ R. Michael Burke
_____        By _____
RANDALL L. K. M. ROSENBERG               R. MICHAEL BURKE
Attorney for Plaintiffs                  Assistant U.S. Attorney
                                          Attorneys for Defendant
```



 /s/ Helen Gillmor
Chief United States District Judge

Santa Maria v. USA
Civil No. 07-00043 HG BMK
"Stipulation of Dismissal with Prejudice"